# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 15, 2025

## NO. 03-24-00095-CV

**Kim I. Manning and April M. Hays, Appellants**

**v.**

**Manuel L. Flores, as Independent Executor of
the Estate of Jeanne K. Manning, Deceased, Appellee**

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
AFFIRMED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the judgment signed by the trial court on January 9, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.